# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### GALVESTON DIVISION

| | | |
|---|---|---|
| **RODI MARINE, LLC and**<br>**BOAT SERVICES OF GALVESTON,**<br>**INC.**<br>    *Plaintiffs,*<br><br>**v.**<br><br>**JUBILEE SAILING, LLC,**<br>    *Intervenor Plaintiff,*<br><br>**v.**<br><br>**LIGHTHOUSE MARINE, LLC and**<br>**PENINSULA MARINE, INC.,**<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **C.A. NO. 3:22-cv-00403** |

## JUBILEE SAILING, LLC'S
## <u>NOTICE OF APPEAL</u>

PLEASE TAKE NOTICE that Jubilee Sailing, LLC ("Jubilee"), through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment signed on and entered on April 2, 2026 (Doc. 92), including the portions of the judgment regarding Jubilee's damages, denying or dismissing Jubilee's claim for loss-of-use damages, denying or dismissing Jubilee's claim for attorneys' fees, and all prior orders, findings, conclusions, rulings, and decrees that merge into or relate to that judgment and are adverse to Jubilee. Jubilee does not appeal the judgment to the extent it finds Lighthouse Marine, LLC liable to Jubilee.

Respectfully Submitted,

By: */s/ Kevin P. Walters*

    Kevin P. Walters
    State Bar No. 20818000
    Federal I.D. No. 5649
    Blake E. Bachtel
    State Bar No. 24116055
    Federal I.D. No. 3479533
    Bruce B. Kemp
    State Bar No. 11255100
    Federal I.D. No. 92
    1415 Louisiana Street, Suite 4200
    Houston, Texas 77002
    Telephone: (713) 224-8380
    Facsimile: (713) 225-9945
    kevin.walters@roystonlaw.com
    blake.bachtel@roystonlaw.com
    bruce.kemp@roystonlaw.com

**ATTORNEYS FOR INTERVENOR
PLAINTIFF JUBILEE SAILING, LLC**

OF COUNSEL:
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

66854:55018844

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 1st day of May, 2026, I served a true and correct copy of the foregoing pursuant to Rule 5 of the Federal Rules of Civil Procedure and/or via the CM/ECF Filing System and/or by facsimile and/or by depositing the same in the United States Mail, postage prepaid and properly addressed to the following:

Harry E. Morse
Martin S. Bohman
BOHMAN MORSE, LLC
400 Poydras Street, Suite 2050
New Orleans, LA 70130
E-Mail: Harry@Bohmanmorse.com
E-Mail: Martin@Bohmanmorse.com
***Attorneys for Plaintiffs***

Ronald L. White
John Bridger
WILSON ELSER
909 Fannin Street, Suite 3300
Houston, TX 77010
E-Mail: Ronald.White@wilsonelser.com
E-Mail: John.Bridger@wilsonelsencom

Brenton J. Allison
GILMAN & ALLISON, LLP
2005 Cullen Blvd.
Pearland, Texas 77581
E-Mail: ballison@gilmanallison.com

Ivan M. Rodriguez
Michael A. Orlando, Jr.
Brandon A. O'Quinn
PHELPS DUNBAR LLP
910 Louisiana Street, Suite 4300
Houston, Texas 77002
E-Mail: ivan.rodriguez@phelps.com
E-Mail: michael.orlando@phelps.com
E-Mail: brandon-oquinn@phelps.com

***Attorneys for Defendant***

 */s/ Kevin P. Walters*
  Kevin P. Walters