**TRANSCRIPT ORDER FORM (DKT-13)**   <span style="color:red">**READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**</span>

District Court <u>Southern District of Texas</u>   District Court Docket No. <u>3:22-cv-00403</u>

Short Case Title <u>Rodi Marine, LLC v. Lighthouse Marine, LLC, et al.</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <u>ERO</u>

Date Notice of Appeal Filed in the District Court <u>May 1, 2026</u>   Court of Appeals No. <u>26-40255</u>

**PART I.** (To be completed by party ordering transcript.  Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A.  Complete the Following:**

☐No hearings ☐Transcript is unnecessary for appeal purposes ■Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding**.

This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____

☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____

☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant:_____

☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

<span style="color:red">**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**</span>

**B.  This is to certify satisfactory financial arrangements have been made.  Method of Payment:**

☐Private Funds;    ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);

☐Other IFP Funds;    ☐Advance Payment Waived by Reporter;    ☐U.S. Government Funds

☐Other_____

Signature <u>/s/ Jeremy T. Grabill</u>   Date Transcript Ordered <u>6/10/2026</u>

Print Name <u>Jeremy Grabill</u>   Phone <u>504-584-9396</u>

Counsel for <u>Lighthouse Marine, LLC</u>

Address <u>365 Canal Street, Suite 2000, New Orleans, LA 70130</u>

Email of Attorney: <u>jeremy.grabill@phelps.com</u>

**PART II.  COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt.  Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____

Email of Reporter _____

**Part III.  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court.  This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____   Actual Number of Volumes_____

Date _____ Signature of Reporter _____