

**ROYSTON**
— EST. 1892 —
**RAYZOR**

*Kevin P. Walters*
Direct dial: 713.890.3223
kevin.walters@roystonlaw.com
Internet: www.roystonlaw.com

1415 Louisiana Street, Suite 4200
Houston, Texas 77002-7380
Main: 713-224-8380
Fax: 713-225-9945

August 11, 2026

**<u>*Via Electronic Filing*</u>**

Hon. Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

>              Re:    No. 26-40255; Rodi Marine v. Lighthouse Marine
>                     Our File:  66854

Dear Mr. Cayce:

On behalf of one of the Appellant/Cross Appellee, Jubilee Sailing, L.L.,C. ("Jubilee Sailing"), Jubilee Sailing formally is requesting a Level 1 extension of thirty (30) days to file Jubilee Sailing's Brief.  Currently, Jubilee Sailing's Brief is due on August 17, 2026.

Counsel for Jubilee Sailing has conferred with counsel for Appellant/Cross-Appellee, Rodi Marine, L.L.C. ("Rodi Marine") and counsel for Appellee/Cross-Appellant, Lighthouse Marine, L.L.C. ("Lighthouse Marine") and is authorized to state that Rodi Marine and Lighthouse Marine do not oppose this extension request.

Should Jubilee Sailing's request be granted, Jubilee Sailing's Brief will be due to be filed on or before September 16, 2026.

Thank you for your consideration of this request.

>                     Sincerely,
>
>                     ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
>
>
>                     By:___*/s/ Kevin P. Walters*_____
>                            Kevin P. Walters

KPW:BEB/slc

cc:    *Via ECF*

Harry E. Morse - harry@bohmanmorse.com
Martin S. Bohman -
BOHMAN MORSE, LLC
*Counsel for Appellees – Lighthouse Marine, LLC*

Ronald L. White – ronald.white@wilsonelser.com
John Bridger – john.bridger@wilsonelser.com
WILSON ELSER

- and-

Brenton J. Allison – ballison@gilmanallison.com
GILMAN & ALLISON, LLP

- and -

Ivan M. Rodriguez – ivan.rodriguez@phelps.com
Michael A. Orlando – michael.orlando@phelps.com
Brandon A. O'Quinn – brandon.oquinn@phelps.com
PHELPS DUNBAR
*Counsel for Appellants – Rodi Marine, L.L.C.*

62217:47184978