

*Kevin P. Walters*
Direct dial:  713.890.3223
kevin.walters@roystonlaw.com
Internet:  www.roystonlaw.com

1415 Louisiana Street, Suite 4200
Houston, Texas 77002-7380
Main:  713-224-8380
Fax:    713-225-9945

August 13, 2026

***Via Electronic Filing***
Hon. Lyle W. Cayce
Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

> Re:    No. 26-40255; Rodi Marine v. Lighthouse Marine
>        Amended Request for Extension
>        Our File:  66854

Dear Mr. Cayce:

On behalf of one of the Appellants/Cross-Appellees, Jubilee Sailing, L.L.C. ("Jubilee Sailing"), Jubilee Sailing formally is requesting a Level 1 extension of thirty (30) days to file Jubilee Sailing's Brief.  Currently, Jubilee Sailing's Brief is due on August 17, 2026. Jubilee Sailing's previous request for an extension was denied due to lack of explanation of good cause. Jubilee respectfully submits this amended request to clarify the good cause.

Jubilee Sailing seeks a Level 1 extension, which Rule 26(b) permits for good cause and which 5th Cir. R. 31.4.3.1 commits to the Clerk's authority. Good cause is present.

The Court issued its briefing notice on July 8, 2026. Direct access to the electronic record on appeal was not enabled for Jubilee Sailing until late July. Rule 28.2.2 requires that every assertion regarding the record be supported by a citation to the record page. Until late July, counsel had no ROA pagination to cite. In light of this, Jubilee Sailing respectfully requests an additional 30 days to submit its brief.

Counsel for Jubilee Sailing has conferred with counsel for Appellant/Cross-Appellee, Rodi Marine, L.L.C. ("Rodi Marine") and counsel for Appellee/Cross-Appellant, Lighthouse Marine, L.L.C. ("Lighthouse Marine") and is authorized to state that Rodi Marine and Lighthouse Marine do not oppose this extension request.

Should Jubilee Sailing's request be granted, Jubilee Sailing's Brief will be due to be filed on or before September 16, 2026.

Thank you for your consideration of this request.

Sincerely,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By:    */s/ Kevin P. Walters*
       Kevin P. Walters

KPW:BEB/slc

U.S. Court of Appeals, Fifth Circuit

Page 2

August 13, 2026

cc: *Via ECF*

Harry E. Morse - harry@bohmanmorse.com
Martin S. Bohman -
BOHMAN MORSE, LLC
*Counsel for Appellants – Rodi Marine, L.L.C.*

Ronald L. White – ronald.white@wilsonelser.com
John Bridger – john.bridger@wilsonelser.com
WILSON ELSER

- and-

Brenton J. Allison – ballison@gilmanallison.com
GILMAN & ALLISON, LLP

- and -

Ivan M. Rodriguez – ivan.rodriguez@phelps.com
Michael A. Orlando – michael.orlando@phelps.com
Brandon A. O'Quinn – brandon.oquinn@phelps.com
PHELPS DUNBAR
*Counsel for Appellees – Lighthouse Marine, LLC*

66854:55215694